**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6485**

_____

HOWARD BRYAN HARMON, JR.,

                              Petitioner - Appellant,

        versus

RON ANGELONE,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-00-198-7)

_____

Submitted:  August 24, 2000          Decided:  August 30, 2000

_____

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Howard Bryan Harmon, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Howard Bryan Harmon, Jr., appeals the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). Although Harmon's § 2254 petition was a successive petition, the district court denied it as untimely filed. Because Harmon did not obtain authorization from this court to file the motion in the district court, see 28 U.S.C.A. § 2244(b)(2), (b)(3)(A) (West Supp. 2000), the district court did not have jurisdiction to consider it. See Romandine v. United States, 206 F.3d 731, 734 (7th Cir. 2000); United States v. Key, 205 F.3d 773, 774 (5th Cir. 2000); Hernandez v. Campbell, 204 F.3d 861, 866 (9th Cir. 2000); United States v. Barrett, 178 F.3d 34, 41 (1st Cir. 1999), cert. denied, 120 S. Ct. 1208 (2000); Lopez v. Douglas, 141 F.3d 974, 975-76 (10th Cir.), cert. denied, 525 U.S. 1024 (1998); Williams v. Hopkins, 130 F.3d 333, 336 (8th Cir. 1997); Hill v. Hopper, 112 F.3d 1088, 1089 (11th Cir. 1997). We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2